# MMP&S

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**

ATTORNEYS AT LAW
1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516.712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

April 26, 2021

<u>VIA ECF</u>
Hon. Gabriel W. Gorenstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMORANDUM ENDORSEMENT**

Re:   *Christian Sanchez v. Priester's Pecans, Inc.*
Case No.:   20-cv-10443 (PGG)(GWG)
Our File:   420-19885

Dear Honorable Judge Gorenstein:

As you are aware, this firm represents Defendant, *Priester's Pecans, Inc.*, in the above-referenced matter. The parties submit this correspondence jointly to inform the Court that they plan to file a stipulation discontinuing the matter and request that the Court please implement a stay of these proceedings for at least sixty (60) days from the date of this correspondence in anticipation of said filing.

We thank this Honorable Court for its time and consideration.

**The time to answer the complaint is extended to June 25, 2021.**

**So Ordered.**

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
April 26, 2021

Respectfully submitted,

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

*Tyler B. Levenson*

Tyler B. Levenson

ERG/TBL/kd

cc: *via ECF*
Joseph H. Mizrahi
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201